[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-14973
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 29, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00043-CV-JTC-3

SOUTHWIRE COMPANY,

Plaintiff-Appellee,

versus

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(April 29, 2009)

Before DUBINA, HULL and PRYOR, Circuit Judges.

PER CURIAM:

After review and careful consideration, we affirm the district court's grant of

Plaintiff-Appellee Southwire Company's motion for summary judgment and denial of Defendant-Appellant National Union Fire Insurance Company of Pittsburgh, PA's motion for summary judgment on the breach of contract and prejudgment interest counts for the reasons outlined in the district court's thorough and well-reasoned order dated July 24, 2008.

**AFFIRMED.**